**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| Christina Mieldazis; aka Christina Marie Mieldazis; aka Christina M. Mieldazis, | Case No. 5:25-bk-02278-MJC |
| Debtor | |
| Address: 317 Chestnut St.<br>Warrior Run, PA 18706 | |
| Last four digits of SSN: 3162 | |
| Christina Mieldazis | |
| Movant | |
| v. | |
| Discover Bank, | |
| Respondent | |

## DEBTOR'S MOTION TO AVOID LIEN OF DISCOVER BANK

1. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien on real property that is used as Debtor's residence and which is located at 317 Chestnut St., Warrior Run, PA 18706, Luzerne County, Pennsylvania ("the Property").

2. On or about August 21, 2024, Discover Bank obtained a judicial lien on the Property. The lien was entered in Luzerne County at docket number 2024-09040 in the amount of $9,264.48.

4. Debtor's interest in the property has been claimed as fully exempt in this case.

5. The existence of Discover Bank's lien on the Property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. § 522(b).

6. Discover Bank's lien does not secure a debt for a domestic support obligation.

WHEREFORE, Debtor requests an Order canceling the lien.

Date: September 9, 2025           s/ Carlo Sabatini
_____
Carlo Sabatini, Attorney for Debtor
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com