**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Christina Mieldazis; aka Christina Marie Mieldazis; aka Christina M. Mieldazis,<br><br>　　　　Debtor<br><br>Christina Mieldazis<br><br>　　　　Movant<br>　v.<br><br>Discover Bank,<br><br>　　　　Respondent | Chapter 7<br><br>Case No. 5:25-bk-02278-MJC<br><br>Debtor's Motion to Avoid Lien of Discover Bank |

**ORDER AVOIDING LIENS**

Upon consideration of *Debtor's Motion to Avoid Lien of Discover Bank.*, it is hereby ORDERED that the judicial lien entered in favor of Discover Bank on Debtor's real estate at 317 Chestnut St., Warrior Run, PA 18706, Luzerne County, Pennsylvania entered of record in Luzerne County at docket number 2024-09040 is canceled.