IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Chapter 7 |
|---|---|
| Christina Mieldazis; aka Christina Marie Mieldazis; aka Christina M. Mieldazis, | Case No. 5:25-bk-02278-MJC |
| Debtor | |
| Christina Mieldazis | |
| Movant | |
| v. | |
| Discover Bank, | |
| Respondent | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | Debtor's Motion to Avoid Lien of Discover Bank | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| Officer, Managing or General Agent<br>Discover Bank<br>502 E. Market St.<br>Greenwood, DE 19950 | | First Class Mail – Certified Return Receipt |
| Officer, Managing or General Agent<br>Capital One Financial Corp.<br>1680 Capital One Drive<br>McLean, VA 22102-3491 | | First Class Mail – Certified Return Receipt |
| Officer, Managing or General Agent<br>Weltman, Weinberg, & Reis<br>520 Walnut St., Ste. 1355<br>Philadelphia, PA 19106 | Discover Bank | First Class Mail – Certified Return Receipt |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 9, 2025

s/Amber Werner
Amber Werner, Legal Assistant