UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Christina Mieldazis,** | : | Case No. 5:25-bk-02278-MJC |
| | : | |
| Debtor. | : | |
| | : | |
| **Christina Mieldazis,** | : | |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| **TD Bank USA, N.A.,** | : | |
| | : | |
| Respondent | : | |

## ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by TD Bank USA, N.A. ("Respondent") in the real property of the Debtor located at 317 Chestnut Street, Warrior Run, Luzerne County, Pennsylvania 18706 ("Real Property"), Doc. 11 ("Motion");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered in Luzerne County at Docket # 2024-13391 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 25, 2025