# SABATINI LAW FIRM, LLC

**CARLO SABATINI**  
**KRISTIN SABATINI**

216 N. Blakely St.  
Dunmore, PA 18512  
Phone: (570) 341-9000  
Fax: (570) 504-2769  
**Satellite Office:** Wilkes-Barre 823-9000

September 26, 2025

Christopher Gambini, Case Administrator  
Bankruptcy Clerk's Office  
U.S. Court House  
197 S. Main St.  
Wilkes-Barre, PA 18701

      RE:    Christina Mieldazis  
              5:25-bk-02278-MJC

Dear Mr. Gambini,

    Please provide a certified copy of Document 14, Order Granting Motion to Avoid Lien in the above-referenced matter. My email address is carlo@bankruptcypa.com.

    Thank you for your assistance.

Sincerely yours,

*Carlo Sabatini*

Carlo Sabatini

CS/asw