## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Christina Mieldazis, | : | Case No.  5:25-bk-02278-MJC |
| | : | |
| Debtor. | : | |
| | : | |
| Christina Mieldazis, | : | |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Discover Bank, | : | |
| | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by Discover Bank ("Respondent") in the real property of the Debtor located at 317 Chestnut Street, Warrior Run, Luzerne County, Pennsylvania 18706 ("Real Property"), Doc. 12 ("Motion");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered in Luzerne County at Docket # 2024-09040 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge
Dated: October 6, 2025