# Sabatini Law Firm, LLC

**Carlo Sabatini**
**Kristin Sabatini**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

October 8, 2025

Christopher Gambini, Case Administrator
Bankruptcy Clerk's Office
U.S. Court House
197 S. Main St.
Wilkes-Barre, PA 18701

    RE:    Christina Mieldazis
              5:25-bk-02278-MJC

Dear Mr. Gambini,

    Please provide a certified copy of Document 17, *Order Granting Motion to Avoid Lien* in the above-referenced matter. My email address is carlo@bankruptcypa.com.

    Thank you for your assistance.

Sincerely yours,

Carlo Sabatini

CS/asw