United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02278-MJC |
| Christina Mieldazis | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Oct 07, 2025 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | Officer Managing or General Agent, Discover Bank, 502 E Market St.Greenwood, DE 19950 |
| | + | Officer Managing or General Agent, Capital One Financial Corp, 1680 Capital One Drive, McLean, VA 22102-3407 |
| | + | Officer Managing or General Agent, Weltman Weinberg & Reis, 520 Walnut St Ste 1355, Philadelphia, PA 19106-3602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Christina Mieldazis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Christina Mieldazis, | : | Case No. 5:25-bk-02278-MJC |
| Debtor. | : | |
| Christina Mieldazis, | : | |
| Movant | : | |
| v. | : | |
| Discover Bank, | : | |
| Respondent | : | |

### ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by Discover Bank ("Respondent") in the real property of the Debtor located at 317 Chestnut Street, Warrior Run, Luzerne County, Pennsylvania 18706 ("Real Property"), Doc. 12 ("Motion");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered in Luzerne County at Docket # 2024-09040 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND**, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 6, 2025