United States Bankruptcy Court

Middle District of Pennsylvania

In re:|Case No. 25-02278-MJC

Christina Mieldazis
    Debtor

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Mieldazis, 317 Chestnut St, Warrior Run, PA 18706-1916 |
| 5733953 | + | Gregg L Morris, Esq, Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5733954 | | Knights of Columbus, PO Box 1492, New Haven, CT 06506-1492 |
| 5733960 | | Mary Ann Brodginski, Tax Collector, 509 Front St, Warrior Run PA 18706-1129 |
| 5733962 | | Michael Mieldazis, 317 Chestnut St, Warrior Run, PA 18706-1916 |
| 5733967 | + | Mychal T Rutkowski, Esq, Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5733972 | | Service Electric, 15 J Campbell Collins Dr, Wilkes Barre, PA 18702-6636 |
| 5733973 | + | Subaru Equity Shield, 1800 N John Young Pkwy, Orlando, FL 32804-4102 |
| 5733981 | + | UFCW Community FCU, 377 Wyoming Ave, PO Box 4258, Wyoming, PA 18644-0258 |
| 5733982 | | UGI Utilities, Inc., PO Box 15503, Wilmington, DE 19850-5503 |
| 5733983 | + | Wilkes Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5733937 | + | Email/Text: legal@arsnational.com | Nov 28 2025 18:52:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 5733938 | | EDI: TSYS2 | Nov 28 2025 23:57:00 | Barclays/Old Navy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5733939 | | Email/Text: cms-bk@cms-collect.com | Nov 28 2025 18:51:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5733941 | | EDI: CAPITALONE.COM | Nov 28 2025 23:57:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5733940 | | EDI: CAPITALONE.COM | Nov 28 2025 23:57:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5733942 | + | EDI: CAPITALONE.COM | Nov 28 2025 23:57:00 | Capital One/Cabela's Club Classic, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5733943 | | EDI: CAPITALONE.COM | Nov 28 2025 23:57:00 | Capital One/Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5733944 | + | EDI: JPMORGANCHASE | Nov 28 2025 23:50:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Ln LA4 4025, Monroe, LA 71203-4774 |
| 5733945 | + | EDI: JPMORGANCHASE | Nov 28 2025 23:50:00 | Chase/Subaru Motors Finance, PO Box 650351, Dallas, TX 75265-0351 |
| 5733958 | | EDI: CITICORP | Nov 28 2025 23:57:00 | Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5733946 | | EDI: DISCOVER | Nov 28 2025 23:57:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5733947 | | EDI: DISCOVER | Nov 28 2025 23:57:00 | Discover Financial, Attn: Bankruptcy, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5733948 | | EDI: DISH | Nov 28 2025 23:57:00 | Dish, PO Box 94063, Palatine, IL 60094-4063 |
| 5733949 | + | Email/Text: bankruptcy@fncbinc.com | Nov 28 2025 18:51:00 | First National Collection Bureau, 50 W Liberty St Suite 250, Reno, NV 89501-1973 |
| 5733950 | + | Email/Text: crdept@na.firstsource.com | Nov 28 2025 18:52:00 | Firstsource Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5733951 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 28 2025 18:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5733952 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 28 2025 18:51:00 | Goldman Sachs Bank/Apple Card, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5733955 | | EDI: CAPITALONE.COM | Nov 28 2025 23:57:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5733956 | | EDI: SYNC | Nov 28 2025 23:50:00 | Lowes, PO Box 669807, Dallas, TX 75266-0759 |
| 5733957 | | Email/Text: kirshaj@eliterevenue.com | Nov 28 2025 18:52:00 | Luzerne County Tax Claim Bureau, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5733959 | + | EDI: CITICORP | Nov 28 2025 23:57:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5733961 | ^ | MEBN | Nov 28 2025 18:49:18 | Michael J Dougherty Esq, Weltman Weinberg & Reis Co LPA, 520 Walnut St Ste 1355, Philadelphia, PA 19106-3602 |
| 5733965 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2025 18:52:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5733964 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2025 18:52:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 5733963 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2025 18:52:00 | Midland Credit Management, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5733968 | + | Email/Text: bnc@nordstrom.com | Nov 28 2025 18:51:01 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 5733969 | | Email/Text: bnc@nordstrom.com | Nov 28 2025 18:51:01 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 5733970 | | EDI: PRA.COM | Nov 28 2025 23:57:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5733971 | | Email/Text: bankruptcy@sequium.com | Nov 28 2025 18:51:00 | Sequium Asset Solutions, 1130 Northchase Pkwy SE, Suite 150, Marietta, GA 30067 |
| 5733974 | ^ | MEBN | Nov 28 2025 18:49:16 | SYNCB/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5733975 | | EDI: SYNC | Nov 28 2025 23:50:00 | SYNCB/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5733976 | + | Email/Text: synovusbankruptcy@synovus.com | Nov 28 2025 18:52:00 | Synovus Bank, Attn: Bankruptcy Department, PO Box 120, Columbus, GA 31902-0120 |
| 5733978 | | EDI: WTRRNBANK.COM | Nov 28 2025 23:57:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5733977 | | EDI: WTRRNBANK.COM | Nov 28 2025 23:57:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5733979 | + | EDI: CITICORP | Nov 28 2025 23:57:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5733980 | + | EDI: CITICORP | Nov 28 2025 23:57:00 | The Home Depot/CBNA, Attn: Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5733966 | *+ | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Christina Mieldazis usbkct@bankruptcypa.com<br>kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Debtor 1    Christina Mieldazis

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:25–bk–02278–MJC

Social Security number or ITIN    xxx–xx–3162

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN    _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christina Mieldazis
aka Christina Marie Mieldazis, aka Christina M
Mieldazis

**By the court:**

11/27/25

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

---

Official Form 318      **Order of Discharge**      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**